IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11cv32

| | |
|---|---|
| DAMIEN DERALE WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| MECKLENBURG COUNTY JAIL; ) | |
| (FNU) YOUNGBLOOD, Captain, Meck- ) | |
| lenburg County Jail; ) | |
| (FNU) YOUNG, Captain, Mecklenburg ) | |
| County Jail; and ) | |
| (FNU) McELVEA, Deputy Officer, Meck- ) | |
| lenburg County Jail, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** is before the Court upon Plaintiff's civil rights Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1).

Plaintiff alleges that Defendants Mecklenburg County Jail, Youngblood and McElvea have violated his constitutional rights by failing to allow him to regularly observe Friday prayer and failing to allow him to pray on Fridays at a specified time in accordance with his Islamic faith; and that Defendant Young violated his constitutional rights on an occasion when she interrupted him during his prayer time in order to make him put on an inmate wristband, a violation of his Islamic faith. (Doc. No. 1 at 3). By way of relief, Plaintiff seeks monetary damages for mental and emotional stress and inconvenience caused by Defendants alleged religious discrimination against him. (Id. at 4). Upon a careful review of these matters, the Court finds that Defendants should be required to respond to Plaintiff's allegations.

**IT IS, THEREFORE, ORDERED** that:

1. The Clerk shall prepare process for Defendants and deliver it to the U.S. Marshal;

2. The U.S. Marshal shall serve process upon Defendants;

3. Defendants shall file responses to Plaintiff's allegations in accordance with the Federal Rules of Civil Procedure; and

4. The Clerk shall send a copy of this Order to Plaintiff.

Signed: February 8, 2011

Robert J. Conrad, Jr.
Chief United States District Judge