# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Damien Derale Watson,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:11-cv-32

Mecklenburg County Jail , et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 5, 2012 Order.

Signed: March 5, 2012

Frank G. Johns, Clerk
United States District Court